**Order entered July 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01055-CV

### VIRTUOLOTRY, LLC AND RICHARD BOYD, Appellants

### V.

### WESTWOOD MOTORCARS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14833**

## ORDER

Before the Court is appellee's July 13, 2021 second unopposed motion for a thirty-day extension of time to file its brief. The brief is currently due July 27, 2021.

We **GRANT** the motion and **ORDER** the brief be filed no later than August 26, 2021. Because the brief was first due June 27, 2021, we caution that further extension requests will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE